UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CV-60639-VALLE

CONSENT CASE

VICTOR RAMIREZ,

    Plaintiff,

v.

LLOYD NONES LLC, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Joint Notice Confirming Payment (the "Notice") (ECF No. 29). On June 28, 2021, this Court entered an Order approving the parties' Settlement Agreement, but reserving dismissal of the case until the filing of a joint notice confirming payment to Plaintiff by Defendants. (ECF No. 28). On July 1, 2021, the parties filed the Notice, confirming that payments due to Plaintiff were delivered to Plaintiff's counsel on June 28, 2021. (ECF No. 29).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1)    This case is **DISMISSED WITH PREJUDICE**.

(2)    The Court retains jurisdiction for forty-five (45) days from the date of this Order to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida on July 1, 2021.

*/s/ Alicia O. Valle*
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to: All Counsel of Record